```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 27714
   JOHN L IVERSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-3033

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/13/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
FLAGSTAR BANK               CURRENT MORTG          .00          .00            .00
CAPITAL ONE                 UNSEC W/INTER       833.86       104.18         619.22
RESURGENT CAPITAL SERVIC    UNSEC W/INTER      9595.74      1197.42        7125.10
AT & T BANKRUPCTY           UNSEC W/INTER NOT FILED            .00            .00
CITY OF CHICAGO WATER DE    UNSEC W/INTER NOT FILED            .00            .00
PREMIER BANCARD CHARTER     UNSEC W/INTER       586.68        73.23         435.67
GOOD YEAR CREDIT PLAN       UNSEC W/INTER NOT FILED            .00            .00
HARRIS BANK                 UNSEC W/INTER NOT FILED            .00            .00
MBNA AMERICA                UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP       UNSEC W/INTER      1200.18       149.51         891.33
PEOPLES GAS LIGHT & COKE    UNSEC W/INTER       131.69        69.88         131.69
AT & T BANKRUPCTY           UNSEC W/INTER NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER     10432.75      1301.82        7746.62
DISCOVER FINANCIAL SERVI    UNSEC W/INTER      5543.94       690.36        4117.39
FLAGSTAR BANK               MORTGAGE ARRE      1000.00          .00        1000.00
ECAST SETTLEMENT CORP       UNSEC W/INTER      2157.93       268.74        1602.64
ECAST SETTLEMENT CORP       UNSEC W/INTER      2232.28       278.01        1657.87
CITY OF CHICAGO WATER DE    SECURED NOT I       268.33          .00            .00
ERNESTO D BORGES JR         DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                  TRUSTEE                                       2,071.32
DEBTOR REFUND               REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             33,732.00

PRIORITY                                         .00
SECURED                                     1,000.00
UNSECURED                                  24,327.53
    INTEREST                                4,133.15

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27714 JOHN L IVERSON
```

```
ADMINISTRATIVE                                          2,200.00
TRUSTEE COMPENSATION                                    2,071.32
DEBTOR REFUND                                                .00
                                   ---------------  ---------------
TOTALS                                   33,732.00        33,732.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE